Ethan Preston (263295)
ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

Jacob U. Ginsburg, Esq. (*pro hac vice*)
Kimmel & Silverman, P.C.
30 East Butler Ave.
Ambler, PA 19002
Telephone: (267) 468-5374
jginsburg@creditlaw.com
teamkimmel@creditlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN AVERY, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EXCHANGE VACATION CLUB, *et al.*,<br><br>Defendants. | No. 8:23-cv-02071-JFW-DFM<br><br>**Plaintiff's Declaration of Lead Trial Counsel**<br><br>Judge: John F. Walter<br><br>Complaint filed: November 3, 2023<br><br>Transferred: June 3, 2024 |

I, Jacob U. Ginsburg, Esq. hereby declare as follows:

1. I am lead trial counsel for Plaintiff, Jonathan Avery.

2. I am admitted to this matter *pro hac vice*.

3. I am registered for CM/ECF.

4. My primary email address is jginsburg@creditlaw.com. My secondary email address is teamkimmel@creditlaw.com.

5. I have read the Court's Standing Order and the Local Rules of this District.

I, Jacob U. Ginsburg, hereby declare the foregoing is true and correct subject to the penalties of perjury.

> */s/ Jacob U. Ginsburg*
> Jacob U. Ginsburg, Esq. (*pro hac vice*)
> Kimmel & Silverman, P.C.
> 30 East Butler Ave.
> Ambler, PA 19002
> Telephone: (267) 468-5374
> jginsburg@creditlaw.com
> teamkimmel@creditlaw.com
> Attorneys for Plaintiff
>
> Ethan Preston (263295)
> ep@eplaw.us
> PRESTON LAW OFFICES
> 4054 McKinney Avenue, Suite 310
> Dallas, Texas 75204
> Telephone: (972) 564-8340
> Facsimile: (866) 509-1197

Dated: June 11, 2024

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg hereby certify the foregoing was served on all parties of record via ECF on this June 11, 2024.

/s/ Jacob U. Ginsburg