| | |
|---|---|
| Jacob U. Ginsburg (*pro hac vice*)<br>jginsburg@creditlaw.com<br>teamkimmel@creditlw.com<br>KIMMEL & SILVERMAN, P.C.<br>30 East Butler Avenue<br>Ambler, PA  19002<br>Tel.:  (267) 468-5374 | Dan Lawton, Bar No. 127342<br>dlawton@klinedinstlaw.com<br>Mark Rawdin, Bar No. 350761<br>mrawdin@klinedinstlaw.com<br>KLINEDINST PC<br>501 West Broadway, Suite 1100<br>San Diego, California 92101<br>(619) 400-8000<br>Attorneys for Defendants |
| Ethan Preston, SBN 263295<br>ep@eplaw.us<br>PRESTON LAW OFFICES<br>4054 McKinney Avenue Suite 310<br>Dallas, TX  75204<br>Tel.:  (972) 564-8340<br>Attorneys for Plaintiff | |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN AVERY, *individually, and on behalf of all others similarly situated*,<br><br>        Plaintiff,<br>   v.<br><br>GLOBAL EXCHANGE VACATION CLUB, et al.,<br><br>        Defendants. | Case: 8:23-cv-02071-JFW-DFM<br><br>**JOINT NOTICE OF SETTLEMENT AND APPLICATION TO STAY DEADLINES PENDING THE SETTLEMENT** |

TO THE HONORABLE JUDGE OF THE U.S. DISTRICT COURT:

- 1 -

8:23−cv−02071−JFW-DFMx

Plaintiff, Jonathan Avery ("Plaintiff") and Defendants Global Exchange Vacation Club, Global Exchange Development Corp. and Resort Vacations, Inc. ("Defendants" and with Plaintiff, "the Parties") hereby advise the Court of the individual settlement reached following mediation with conducted by Ronald S. Prager, Judge of the Superior Court (Ret.) of Signature Resolution, and jointly move the Court for a stay of all pending deadlines and vacatur of all extant hearing dates while the Parties finalize and consummate the settlement. In support thereof, the Parties state as follows:

1.  Plaintiff moved for class certification on December 30, 2024. (ECF No. 49-50);

2.  By stipulation approved by the Court, Defendants' response in opposition to Plaintiff's class certification motion is due February 24, 2025. (ECF Nos. 57, 58);

3.  The Parties and their counsel appeared at a mediation with Judge Prager in San Diego on February 4, 2025. (ECF No. 60);

4.  While the Parties did not reach a settlement at mediation, discussions continued after mediation, with Judge Prager's facilitation, resulting in a confidential settlement-in-principle in this case and the

related case of *Garcia v. Global Exchange Vacation Club*, case no. 8:24-cv-02662-MEMF-JDE. (*Id.*);

5. The Parties request the Court (a) stay all deadlines and vacate all dates previously set for hearing and trial, and (b) keep the case open administratively for 60 days to allow the Parties time to finalize and consummate the settlement.

6. The Court's time and attention to this matter is appreciated.

**AGREED AND ACCEPTED:**

KIMMEL & SILVERMAN, P.C.

Dated: February 19, 2025    By:  */s/ Jacob U. Ginsburg*
                                Attorneys to Plaintiff Jonathan Avery (*pro hac vice*)

KLINEDINST PC

Dated: February 19, 2025    By:  */s/ Dan Lawton*
                                Attorneys to Defendants

26167624.1