**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

Case No.   **SA CV 23-2071-JFW(DFMx)**                    Date:  February 21, 2025

Title:       Jonathan Avery -*v*- Global Exchange Vacation Club, et al.

_____

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
        None                                            None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER OF DISMISSAL (JS-6)**

    In the Joint Notice of Settlement and Application to Stay Deadlines Pending the Settlement, filed on February 19, 2025 (Docket No. 61), the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before April 22, 2025.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until April 22, 2025.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the hearing on Plaintiff's Motion for Class Certification (Docket No. 49) and the hearing on Defendants' Motion for Leave to Amend their Answer (Docket No. 59), are **VACATED**.

    IT IS SO ORDERED.

Initials of Deputy Clerk   SMO