1  Jacob U. Ginsburg (pro hac vice)
   KIMMEL & SILVERMAN, P.C.
2  30 E. Butler Ave.
   Ambler, PA 19002
3  (267) 468-5374
   jginsburg@creditlaw.com
4
   Ethan Preston, SBN 263295
5  PRESTON LAW OFFICES
   4054 McKinney Avenue Suite 310
6  Dallas, TX 75204
   (972) 564-8340
7  ep@eplaw.us
   *Attorneys for Plaintiff*
8
   Dan Lawton, SBN 127342
9  Mark Rawdin, Bar No. 350761
   KLINEDINST PC
10 501 West Broadway, Suite 1100
   San Diego, California 92101
11 (619) 400-8000
   dlawton@klinedinstlaw.com
12 mrawdin@klinedinstlaw.com
   Attorneys for Defendants
13

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN AVERY,<br><br>         Plaintiff,<br><br>     v.<br><br>GLOBAL EXCHANGE VACATION CLUB, *et al*,<br><br>         Defendants. | Case No.: 8:23-cv-02071-JFW-DFM<br><br>Hon. John F. Walter<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Jonathan Avery ("Plaintiff") and defendants Global Exchange Vacation Club, Global Exchange Development Corp., and Resort Vacations, Inc. ("defendants"),

- 1 -

STIPULATION OF DISMISSAL

...

by and through their respective attorneys, hereby stipulate and agree that this action is dismissed with prejudice as to the individual claims of plaintiff Jonathan Avery against defendants, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs to any party.

**AGREED AND ACCEPTED:**

| | |
|---|---|
| */s/ Jacob U. Ginsburg*<br>Jacob U. Ginsburg (pro hac vice)<br>KIMMEL & SILVERMAN, P.C.<br>30 E. Butler Ave.<br>Ambler, PA 19002<br>(267) 468-5374<br>jginsburg@creditlaw.com<br><br>Ethan Preston, SBN 263295<br>PRESTON LAW OFFICES<br>4054 McKinney Avenue Suite 310<br>Dallas, TX 75204<br>(972) 564-8340<br>ep@eplaw.us<br><br>*Attorneys for Plaintiff* | s/Dan Lawton<br>Dan Lawton, SBN 127342<br>Mark Rawdin, Bar No. 350761<br>KLINEDINST PC<br>501 West Broadway, Suite 1100<br>San Diego, California 92101<br>(619) 400-8000<br>dlawton@klinedinstlaw.com<br>mrawdin@klinedinstlaw.com<br><br>Attorneys for Defendants |

DATED: April 16, 2025

26392478.1